Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2235 | **DATE** | 4/22/2008 |
| **CASE TITLE** | Eden Maya vs. Tom Dart, et al | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Order. Plaintiff's application to proceed in forma pauperis is granted. (3-1) Plaintiff's initial filing fee is $8.83 and the trust fund officer is directed to collect that amount from Maya's account and remit it to the Clerk of Court. Monthly payments collected from the trust fund account shall be forwarded to the Clerk each time the amount in the account exceeds $10 until the until $350 filing fee is paid. For more than one reason, then, the Complaint and this action must be dismissed and this Court so orders. This dismissal constitutes one "strike" for purposes of Section 1915(g).

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|