IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

EDEN MAYA #20050074699 )
    PLAINTIFF, )
)
VS. )
)
    NO. 08C2235
)
COOK COUNTY JOHN STROGER JR. )
TOM DART )
)
    DEFENDANTS. )

FILED
May 5, 2008
MAY 5 2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## LEAVE TO AMEND ORIGINAL COMPLAINT AND STAY PROCEEDINGS

IF IT MAY PLEASE THE COURT EDEN MAYA PRAYS THIS HONORABLE COURT WILL GRANT LEAVE TO AMEND HIS ORIGINAL COMPLAINT, AND STAY PROCEEDING UNTIL EITHER HE FINDS OUT IF COOK COUNTY JAIL HAS CONCLUDED THEIR INVESTIGATION OR IS NOT CONDUCTING ONE.

THE ORIGINAL COMPLAINT WAS IMPROPERLY FILED RAISING INAPPLICABLE CONSTITUITIONAL VIOLATIONS OF CRUEL AND UNUSUAL PUNISHMENT, DUE PROCESS, EQUAL PROTECTION AND WAS DIMISSED UNDER 28 USC 1915 (d) VIOLATION THAT DO NOT APPLY TO PRETRIAL DETAINEE.

AS THE COURT NOTED ( PAGE 4, OF ITS COURT ORDER SECOND PARAGRAPH 7th SENTENCE) "AS HORRENDOUS AS THE TRIGGERING EVENT OF THE SEXUAL ASSAULT MAY BE" IT WILL BE AN JUSTICE TO DENY HIM RELIEF.

A PRO-SE LITIGANT IS NOT TO BE HELD TO THE SAME STANDARDS AS AN ATTORNEY. HAINES V. KERNER 92 S. Ct. 594

THE COOK COUNTY OFFICIALS FAILED TO PROTECT EDEN MAYA FROM OTHER INMATES WHICH IS ENOUGH TO CREATE INFERENCE OF DELIBERATE INDIFRENCE RUTLEDGE 836 F. Supp. 531

COOK COUNTY STAFF OWES TO PRETRIAL DETAINEE A SET OF CONSTITUITIONAL RIGHTS TO THAT FALL UNDER RUBIC OF "BASIC HUMAN NEEDS" i.e. FOOD, CLOTHING, SHELTER, MEDICAL CARE, REASONABLE SAFETY KLEIN 923 F. Supp. 931

ALTHOUGH EIGHTH AMENDMENT'S PROHIBITION AGAINST CRUEL AND UNUSUAL PUNISHMENT PROTECTS THOSE WHO HAVE BEEN CONVICTED OF CRIMES AND ARE IN THE CUSTODY OF THE GOVERNMENT, FOURTEENTH AMENDMENT RIGHT TO SUBSTANTIVE DUE PROCESS SERVES AS PRIMARY SOURCE OF PROTECTION FROM ABUSE OF GOVERNMENT CONDUCT FOR PRETRIAL DETAINEES. FRANK V. 921 F. Supp. 590

COMPLAINANT ASK THIS HONORABLE COURT WILL ACCEPT THIS AMENDMENT AND STAY THIS ACTION SHORT TIME SUFFICINT TO FIND OUT IF THE COUNTY HAS CONCLUDED OR INFACT IS CONDUCTING AN INVESTIGATION FOR PURPOSES OF EXAUSTION OF REMEDIES.

THE COMPLAINANT EDEN MAYA HAS ASKED THE IAD OF CCJ. TO FURNISH HIM WITH AN ANSWER IF AN INVESTIGATION IS PENDING OR CONCLUDED AND IF THEY COULD PROVIDE HIM WITH A STATUS REPORT TO SEE IF HE CAN EXAUGHST REMIDIES A.S.A.P.

WHEREURE COMPLAINANT PRAYS THIS HONORABLE COURT WILL GRANT THE RELIEF SOUSHT HERRIN

RESPECFFULLY SUBMITTED

CLERK OF DISTRICT COURT

MY NAME IS EDEN MAYA CASE #08C2235

I WOULD LIKE TO FILE THIS TO JUDGE SHADUR
A LEAVE TO AMEND AND STAY
I WOLD FIRST LIKE TO EXPLAIN AS JUDGE P.G.3
OF ORDER APRIL 22, 2008. THAT THE DATES
ARE OFF DUE TO NOT BEING ABLE TO GET
TO LAW LIBRARY ON REGULAR BASIS OR TIMELY
MANNER. WHICH IS WHY I AM SENDING ONE
COPY OF THIS DOCUMENT TO BE FILED

THANK YOU

EDEN MAYA. V

*Eden Maya* (signature)