CLERK OF THE U.S. DIST. COURT
NORTHERN DIST. EASTERN DIVISION

EDEN MAYA -VS- TOM DART, et al

Re: EDEN MAYA
CASE # 08C2235

TO: JUDGE SHADUR

CLERK

08 C 2235
FILED
MAY 14 2008
May 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

I TOOK TIME ON MY CRIMINAL CASE, AND I SHIP OUT TO STATEVILLE, FRIDAY MAY 16th, 2008, I WILL WRITE U.S. DIST. COURT CLERK AS SOON AS I KNOW MY IDOC # AND INSTITUTION THAT I WILL BE GOING TO, I HEVE NOT HEARD ANYTHING OF MY CORRESPONDENCE AND FILING TO COUR IN APRIL,

*Eden Maya*

EDEN. MAYA. V.