FILED
5-21-2008
MAY 21 2008
MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Clerk of the United States District Court Michael W. Dobbins, from Eden Maya #2005-0074699

Eden Maya -vs- Tom Dart / 08C2235
and to Judge Shadur

I'm writing this letter to inform you of my whereabouts which is Stateville recieving and I plan on being here approxamatly 2-3 weeks before transferring to another prison my current ID # is R-70833, any imformation that you may have or need please inform me.              Thank You,

ATT EDEN MAYA

Eden Maya