**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Eden Maya
                     Plaintiff,

v.                                Case No.: 1:08−cv−02235
                                          Honorable Milton I. Shadur

Tom Dart, et al.
                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 29, 2008:

       MINUTE entry before the Honorable Milton I. Shadur: Enter Memorandum Order. Accordingly Maya's motion for leave to amend the original Complaint and to stay further proceedings in this already−terminated action is denied in its entirety. [7] Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.